IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BILTMORE FOREST BROADCASTING FM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-316C |
| | ) | (Judge James E. Merow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 31-day enlargement of time, to and including August 20, 2007, within which to file its response to the complaint. Our response is currently due on July 20, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, who represents that plaintiff does not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Federal Communications Commission ("FCC"), as required by 28 U.S.C. § 520. Agency counsel has stated that the FCC is working diligently to complete the litigation report and that it expects to provide the report to defendant's counsel on or around August 10, 2007. Moreover, this motion is necessary to afford the Government sufficient time to draft a response to the complaint. The undersigned government counsel has had several matters to attend to since a receiving a copy of plaintiff's complaint on or around June 4, 2007. Specifically, the matters pending before this Court that have been or will require counsel's attention are negotiating and preparing a settlement agreement in Caddell Construction Co. v. United States, No. 05-915, from June 25-29, 2007; preparing a

joint status report in Caddell, No. 05-915, filed on July 9, 2007; preparing a joint stipulation of facts in Alli v. United States, No. 01-669, filed on July 10, 2007; preparing a motion to exclude witnesses at trial in Alli, No. 01-669, filed on July 10, 2007; preparing a motion to enter testimony by deposition in Alli, No. 01-669, filed on July 10, 2007; preparation of a motion to dismiss, or, in the alternative, motion for summary judgment, in Palmyra Pacific Seafoods v. United States, No. 07-35, filed on July 13, 2007; and preparing for and travel to Detroit, Michigan for trial in Alli, No. 01-66 from July 22 to July 27, 2007. In the United States Court of Appeals for the Federal Circuit, the matters that have been or will require counsel's attention are preparing a response brief in Funes v. Nicholson, No. 2007-7228, filed on July 9, 2007; preparing a response brief in Wallace v. United States, No. 2007-5134, due July 30, 3007; and preparing a response brief in DeLaRosa v. Nicholson, No. 2007-7108, due August 6, 2007. In the United States Court of International Trade, government counsel's attention was required in preparing a proposed scheduling order in Conlin Greenhouses v. Dep't of Agriculture, No. 06-00441, filed on July 11, 2007. Accordingly, the additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for defendant's counsel to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3689
fax: (202) 305-7643

July 17, 2007

Attorneys for Defendant