# In the United States Court of Federal Claims

No. 07-316 C
(Filed July 17, 2007)

**********************************
BILTMORE FOREST BROADCASTING *
FM, INC. *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

***********************************

## ORDER

On July 17, 2007, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including August 20, 2007, within which to file its response to the complaint.

Accordingly, it is **ORDERED** that defendant's motion, filed July 17, 2007, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge