No. 07-316C
(Judge James E. Merow)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BILTMORE FOREST BROADCASTING FM, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK A. MELNICK
Assistant Director

MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202)305-3689
Fax: (202)305-7643

Attorneys for Defendant

OF COUNSEL:

Grey Pash
Office of General Counsel
Federal Communications Commission
445 12th Street, SW
Washington, D.C. 20554

August 17, 2007

# TABLE OF CONTENTS

**PAGE(S)**

STATEMENT OF THE ISSUES .......................................... 1

STATEMENT OF THE CASE ........................................... 2

I. Nature Of The Case ................................... 2

II. Statement Of Facts ................................... 2

ARGUMENT ............................................................ 4

I. Legal Standards ....................................... 4

II. This Court Lacks Subject Matter Jurisdiction To Entertain Biltmore's Claims Because They Arise Under the Communications Act, And Congress Has Vested The District Of Columbia Circuit With Jurisdiction Over Those Claims.....................................5

III. Even If This Court Possesses Jurisdiction To Entertain Biltmore's Claims, Which It Does Not, Biltmore's Claims Are Barred By The Doctrine Of Collateral Estoppel.................................9

CONCLUSION ....................................................... 13

## TABLE OF AUTHORITIES

### CASES

**PAGE(S)**

Anderson v. Liberty Lobby, Inc.,
477 U.S. 242 (1986) .................................... 5

Biltmore Forest Broadcasting FM, Inc. v. Federal Communications Comm'n,
540 U.S. 981 (2003) .................................... 7

Biltmore Forest Broadcasting FM, Inc. v. Federal Communications Comm'n,
321 F.3d 155 (D.C. Cir. 2003) ...................... passim

Bingaman v. Dep't of Treasury,
127 F.3d 1431 (Fed. Cir. 1997) ......................... 9

Blonder-Tongue Lab, Inc. v. University of Ill. Found.,
402 U.S. 313 (1971) .................................... 9

Booth v. United States,
990 F.2d 617 (Fed. Cir. 1993) .......................... 4

Catellus Development Corp. v. United States,
31 Fed. Cl. 399 (1994) ................................. 5

Folden v. United States,
379 F.3d 1344 (Fed. Cir. 2004) ..................... passim

In re Jerre M. Freeman,
30 F.3d 1459 (Fed. Cir 1994) .......................... 10

Jet, Inc. v. Sewage Aeration Sys.,
223 F.3d 1360 (Fed. Cir. 2000) ......................... 9

Maniere v. United States,
31 Fed. Cl. 410 (1994) ................................. 5

Mingus Constructors, Inc. v. United States,
812 F.2d 1387 (Fed. Cir. 1987) ......................... 5

Montana v. United States,
440 U.S. 147 (1979) .................................... 9

Morris v. United States,
33 Fed. Cl. 733 (1995) ............................. passim

Parklane Hosiery Co. v. Shore,
439 U.S. 322 (1979) ................................... 10

Ralph Larson & Son, Inc. v. United States,
17 Cl. Ct. 39 (1989) .................................. 5

Reynolds v. Army and Air Force Exch. Serv.,
846 F.2d 746 (Fed. Cir. 1988) ......................... 5

Scheur v. Rhodes,
416 U.S. 232 (1974) ................................... 5

United States v. Newport News Shipbuilding & Dry Dock Co.,
933 F.2d 996 (Fed. Cir. 1991) ......................... 4

**STATUTES**

28 U.S.C. § 1491 (a)(1) .................................... 7

47 U.S.C. § 309 ............................................ 3

47 U.S.C. § 402 ....................................... passim

47 C.F.R. § 1.2105 ..................................... 11, 12

47 C.F.R. 73.5002(b) ................................... 10, 12