IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BILTMORE FOREST BROADCASTING FM, INC., Plaintiff, | ) | |
| v. | ) | No. 07-316C (Judge James E. Merow) |
| THE UNITED STATES, Defendant. | ) | |

**SECTION 7.1 DISCLOSURE STATEMENT**

Biltmore Forest Broadcasting FM, Inc. hereby certifies that it has no parent corporation and no publicly traded corporation owning any of its stock.

Respectfully submitted,

DONALD J. EVANS
RAYMOND J. QUIANZON

Fletcher, Heald & Hildreth, P.L.C.
1300 North 17th Street, 11th Floor
Arlington, VA 22209
Tel: 703-812-0400
Fax: 703-812-0486

September 14, 2007

Attorneys for Plaintiff