IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BILTMORE FOREST BROADCASTING FM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-316C |
| | ) | (Judge James E. Merow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 14-day enlargement of time, to and including October 12, 2007, within which to file its reply to plaintiff's response to our motion to dismiss. Our response is currently due on September 28, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, who represents that plaintiff does not oppose this motion.

The enlargement is necessary to afford the Government sufficient time to draft its reply. Since receiving plaintiff's response on September 14, 2007, the undersigned government counsel has had several matters to attend to, including post-trial briefing and assembling an administrative record in a bid protest. Specifically, the matters pending before this Court that have been or will require counsel's attention are preparing an administrative record in a bid protest to be served upon plaintiff's counsel in Sealift, Inc. v. United States, No. 07-627, due on October 1, 2007 and reviewing the trial transcript and preparing the Government's post-trial brief in Alli v. United States, No. 01-669, due on October 5, 2007. In the United States Court of Appeals for the Federal Circuit, the undersigned Government counsel has been preparing the Government's response brief in Gibbons v. Nicholson, No. 2007-7153, filed on September 14,

2007 and has been preparing for oral argument in Impresa Construzioni Geom. Domenico Garufi v. United States, No. 2007-5009, scheduled for October 3, 2007 in New York City. Moreover, Government counsel is scheduled to be on travel from September 22, 2007 thru September 25, 2007; September 28, 2007 thru October 1, 2007, and from October 2, 2007 thru October 4, 2007. Accordingly, the additional time is necessary to allow sufficient time for Government counsel to draft its reply and obtain the necessary reviews of the brief.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick by Deborah A. Bynum
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3689
fax: (202) 305-7643

September 21, 2007

Attorneys for Defendant