# In the United States Court of Federal Claims

No. 07-316 C
(Filed September 21, 2007)

*********************************
BILTMORE FOREST BROADCASTING *
FM, INC. *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*
**********************************

## ORDER

On September 21, 2007, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including October 12, 2007, within which to reply to plaintiff's response to the motion to dismiss.

Accordingly, it is **ORDERED** that defendant's motion, filed September 21, 2007, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge