# In the United States Court of Federal Claims

**No. 07-316 C**

**BILTMORE FOREST BROADCASTING FM, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed January 25, 2008, granting defendant's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

John S. Buckley
Acting Clerk of Court

**January 31, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.