ORIGINAL

**COURT OF FEDERAL CLAIMS**

FILED
MAR 1 8 2008
U.S. COURT OF
FEDERAL CLAIMS

Case Number: 07-316C

Biltmore Forest Broadcasting FM, Inc.,

Plaintiff,

v.

**NOTICE OF APPEAL**

United States,

Defendant.

Notice is hereby given that Biltmore Forest Broadcasting FM, Inc. in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of this Court dismissing Plaintiff's claim and, in the alternative, granting summary judgment entered in this case on January 31, 2008.

Donald J. Evans, Esq.

Fletcher, Heald & Hildreth, PLC
1300 North 17th Street, 11th Floor
Arlington, VA 22209
703-812-0400